# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2957

_____

Larry Linville; Myron Holland,     *
                                    *

          Appellants,         *

                                    *   Appeal from the United States
      v.                     *   District Court for the
                                    *   Eastern District of Arkansas.

ConAgra, Inc., doing business as   *
ConAgra Frozen Foods, Inc.;     *   [UNPUBLISHED]
Jim Nesbitt,                   *

                                    *

          Appellees.       *

_____

Submitted: May 30, 2006
Filed: June 26, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Larry Linville and Myron Holland (plaintiffs) appeal from the district court's[1] order compelling arbitration. They also appeal the dismissal of defendant Jim Nesbitt, which was certified as a final order pursuant to Fed. R. Civ. P. 54(b). We conclude that the district court properly compelled arbitration and properly dismissed plaintiffs'

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

claims against Nesbitt for the reasons discussed by the court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____